UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :

ANA LAURA BONVECCHI AND MARIA LUISA     :
CACHAU, VIRGINIA ENRIQUETA BONVECCHI,   :     05 Civ. 2159 (TPG)
VIRGINIA ENRIQUETA BONVECCHI AND MARIA  :
LUISA CACHAU, MARIO CASTILLO, ALFREDO    :
GINES COCO, MARIO JOSE GIRALDI AND ANA    :    [PROPOSED] ORDER
MARIA TEJERINA, VICTOR OCTAVIO GROPPA,   :    AND OPINION
IGNACIO GUIDO GROPPA, VICTOR SERAFIN     :
GROPPA, MARIA VERONICA PAITOVI DE GROPPA, :
MARIA DANIELA GROPPA AND MARIA           :
GUADALUPE GROPPA, JACINTO OMAR MACRI
AND MARIA CRISTINA GIANELLI AND NATALIA
DANIELA MACRI, OSCAR ANACLETO
OCCHIONERO AND JULIA ESTER NAVARRETE,
RILFORD INTERNATIONAL CORP., AND CLAUDIO
AMERICO SALEJ,

Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

Defendant.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/22/09

      Plaintiffs are the beneficial owners of certain bond indebtedness issued by defendant, the

Republic of Argentina. The Republic defaulted on such indebtedness in December 2001 during

a profound fiscal crisis. Plaintiffs are suing to recover amounts due to them as a result of the

default and have moved for summary judgment.

      The motion is granted.

FACTS

      The bond indebtedness at issue is governed by one of three agreements: (1) a Fiscal

Agency Agreement dated October 19, 1994 (the "1994 FAA"), (2) a Fiscal Agency Agreement

dated December 10, 1993 (the "1993 FAA"), or (3) a Floating Rate and Bond Exchange

Agreement dated December 6, 1992 (the "FRB Agreement"). The 1994 FAA is the same agreement that governed the bond indebtedness on which this court granted summary judgment to the plaintiffs in Lightwater Corporation Ltd. v. Republic of Argentina, No. 02 Civ. 3804, 2003 WL 1878420 (S.D.N.Y. Apr. 14, 2003). Section 22 of the 1994 FAA, Section 20 of the 1993 FAA, and Section 6.07 of the FRB Agreement state that the Republic waives sovereign immunity and consents to jurisdiction in any state or federal court in the borough of Manhattan in the City of New York. All three agreements provide that the Republic's obligations on the bonds are unconditional and that failure to make any payment of principal or interest for 30 days after the applicable payment date constitutes an event of default. A declaration by the Republic of a moratorium on the payment of principal or interest on its public external indebtedness is an event of default as well. Paragraph 12 of the 1994 FAA provides for acceleration of principal if there is a failure to pay interest or a moratorium. If either of these events occurs,

> each holder of Securities and such Series
> may by such notice in writing declare the
> principal amount of Securities of such Series
> held by it to be due and payable
> immediately . . . .

On December 24, 2001 the Republic declared a moratorium on payments of principal and interest on the external debt of the Republic. The court refers to its previous opinions for a description of the circumstances of these defaults. Lightwater, 2003 WL 1878420, at *2; Applestein v. Republic of Argentina, No. 02 Civ. 1773, 2003 WL 1990206, at *1 (S.D.N.Y. Apr. 29, 2003). On December 20 2004 and February 15 2005, plaintiffs sent notices to the Fiscal Agent of the Republic of Argentina, declaring the principal amounts of the debt securities governed by the 1994 FAA and 1993 FAA held by plaintiffs to be immediately due and payable.

2

The bonds that are the subject of this action are listed hereafter.  Also listed are the amounts of the beneficial interests owned by each plaintiff.[1]

The following tables contain the necessary identifying information regarding each plaintiff's beneficial interests in bonds.

---

[1] The court notes the distinction between bonds and beneficial interests.  In some previous opinions, the court has simply referred to the plaintiffs as owners of "bonds," when in fact plaintiffs are technically owners of "beneficial interests in bonds."  The Republic actually issues "a bond" to a depository.  The depository, in some form, issues "participations" to brokers, who sell "beneficial interests" to purchasers.  These beneficial interests are identified by reference to the underlying bond (CUSIP or ISIN number or both; date of issuance and maturity; rate of interest) and the principal amount of the beneficial interest.  This distinction is discussed more fully in <u>Million Air Corp. v. Republic of Argentina</u>, No. 04 Civ. 1048, 2005 WL 256126 (S.D.N.Y. Oct. 17, 2005).

Table 1

| Plaintiff Bond Holder or Beneficial Owner: | ANA LAURA BONVECCHI AND MARIA LUISA CACHAU |
|---|---|
| Face Value: | $34,000 |
| CUSIP No., ISIN No., BB No.: | ISIN: US-040114AR16, COMMON CODE: 7321473 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | Due January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | None provided |
| Acceleration: | February 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | CAJA DE VALORES S.A. Account Statement as of DECEMBER 31, 2007 |

4

Table 2

| | |
|---|---|
| Plaintiff Bond Holder or Beneficial Owner: | VIRGINIA ENRIQUETA BONVECCHI |
| Face Value: | $45,000 |
| CUSIP No., ISIN No., BB No.: | ISIN: US-040114AR16, COMMON CODE: 7321473 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | Due January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | None provided |
| Acceleration: | February 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | CAJA DE VALORES S.A. Account Statement as of DECEMBER 31, 2007 |

Table 3

| Plaintiff Bond Holder or Beneficial Owner: | VIRGINIA ENRIQUETA BONVECCHI |
|---|---|
| Face Value: | $60,000 |
| CUSIP No., ISIN No., BB No.: | ISIN: US-040114AR16, COMMON CODE: 7321473 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | Due January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | None provided |
| Acceleration: | February 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | CAJA DE VALORES S.A. Account Statement as of DECEMBER 31, 2007 |

6

Table 4

| Plaintiff Bond Holder or Beneficial Owner: | MARIO CASTILLA |
|---|---|
| Face Value: | $200,000 |
| CUSIP No., ISIN No., BB No.: | ISIN: US-040114AR16, COMMON CODE: 7321473 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | None provided |
| Acceleration: | Februaruy 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | CAJA DE VALORES S.A. Account Statement as of DECEMBER 31, 2007 |

Table 5

| Plaintiff Bond Holder or Beneficial Owner: | ALFREDO GINES COCO |
|---|---|
| Face Value: | $441,000.00 |
| CUSIP No., ISIN No., BB No.: | US 040114AN02 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | October 9, 2006 |
| Interest Rate/Payable: | 11% |
| Date Of Purchase: | None provided |
| Acceleration: | February 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | WACHOVIA SECURITIES Monthly Statement as of FEBRUARY 29, 2008; BANCO PROVINCIA Account Statement as of FEBRUARY 15, 2005 |

Table 6

| Plaintiff Bond Holder or Beneficial Owner: | MARIO JOSE GIRALDI AND ANA MARIA TEJERINA |
|---|---|
| Face Value: | $110,000.00 |
| CUSIP No., ISIN No., BB No.: | US 040114AH34 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | December 20, 2003 |
| Interest Rate/Payable: | 8.375% |
| Date Of Purchase: | None provided |
| Acceleration: | February 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated December 10, 1993 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | BANCO SANTANDER RIO Monthly Statement as of DECEMBER 31, 2007 |

9

Table 7

| Plaintiff Bond Holder or Beneficial Owner: | VICTOR OCTAVIO GROPPA, IGNACIO GUIDO GROPPA, VICTOR SERAFIN GROPPA, MARIA VERONICA PAITOVI DE GROPPA, MARIA DANIELA GROPPA AND MARIA GUADALUPE GROPPA |
|---|---|
| Face Value: | $1,454,000 |
| CUSIP No., ISIN No., BB No.: | US 040114AN02 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | October 9, 2006 |
| Interest Rate/Payable: | 11% |
| Date Of Purchase: | None provided |
| Acceleration: | February 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | WACHOVIA SECURITIES Monthly Statement as of FEBRUARY 29, 2008; BANCO PROVINCIA Account Statements as of FEBRUARY 15, 2005; BAGNARDI Y CIA. Account Statement as of FEBRUARY 15, 2005 |

Table 8

| | |
|---|---|
| Plaintiff Bond Holder or Beneficial Owner: | VICTOR OCTAVIO GROPPA, IGNACIO GUIDO GROPPA, VICTOR SERAFIN GROPPA, MARIA VERONICA PAITOVI DE GROPPA, MARIA DANIELA GROPPA AND MARIA GUADALUPE GROPPA |
| Face Value: | $58,000.00 |
| CUSIP No., ISIN No., BB No.: | US 040114AH34 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | December 20, 2003 |
| Interest Rate/Payable: | 8.375% |
| Date Of Purchase: | None provided |
| Acceleration: | None provided |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated December 10, 1993 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | WACHOVIA SECURITIES Monthly Statement as of FEBRUARY 29, 2008; BANCO PROVINCIA Account Statement as of FEBRUARY 15, 2005 |

11

Table 9

| Plaintiff Bond Holder or Beneficial Owner: | JACINTO OMAR MACRI AND MARIA CRISTINA GIANELLI AND NATALIA DANIELA MACRI |
|---|---|
| Face Value: | $180,000 |
| CUSIP No., ISIN No., BB No.: | US 040114GB00 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | July 21, 2030 |
| Interest Rate/Payable: | 10.25% |
| Date Of Purchase: | None provided |
| Acceleration: | December 20, 2004 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | WACHOVIA SECURITIES Monthly Statement as of FEBRUARY 29, 2008 |

Table 10

| Plaintiff Bond Holder or Beneficial Owner: | OSCAR ANACLETO OCCHIONERO AND JULIA ESTER NAVARRETE |
|---|---|
| Face Value: | $27,000 |
| CUSIP No., ISIN No., BB No.: | ISIN: US-040114AR16, COMMON CODE: 7321473 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | January 30, 2017 |
| Interest Rate/Payable: | 11.375% |
| Date Of Purchase: | None provided |
| Acceleration: | February 15, 2005 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | CAJA DE VALORES S.A. Account Statement as of DECEMBER 31, 2007 |

13

Table 11

| Plaintiff Bond Holder or Beneficial Owner: | RILFORD INTERNATIONAL CORP. |
|---|---|
| Face Value: | $150,000 |
| CUSIP No., ISIN No., BB No.: | US 040114AN02 |
| Date Of Issuance: | None provided |
| Date Of Maturity: | October 9, 2006 |
| Interest Rate/Payable: | 11% |
| Date Of Purchase: | None provided |
| Acceleration: | December 20, 2004 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | WACHOVIA SECURITIES Monthly Statement as of FEBRUARY 29, 2008 |

14

Table 12

| Plaintiff Bond Holder or Beneficial Owner: | CLAUDIO AMERICO SALEJ |
|---|---|
| Face Value: | $229,000 |
| CUSIP No., ISIN No., BB No.: | CUSIP: US-040114GF14, COMMON CODE: 13027897 |
| Date Of Issuance: | None given |
| Date Of Maturity: | December 19, 2008 |
| Interest Rate/Payable: | 7% / 15.5% |
| Date Of Purchase: | None provided |
| Acceleration: | December 20, 2004 |
| Contract Documents: (FAA; Indenture; Offering Prospectus; Certificates, etc.) | FAA dated October 19, 1994 |
| Evidence of Ownership Proffered: (Account Statements; Letters; Notarized Statements, etc.) | CAJA DE VALORES S.A. Account Statement as of DECEMBER 31, 2007 |

15

## DISCUSSION

This Court has already granted summary judgment in other cases to plaintiffs seeking to collect on the Republic's defaulted bonds issued under the 1994 FAA, the 1993 FAA and the FRB Agreement. This has occurred in Lightwater, supra, Mazzini v. Republic of Argentina, No. 03 Civ. 8120, 2005 WL 743090 (S.D.N.Y. Mar. 31, 2005), and other cases. Only certain specific issues need to be discussed in connection with the present motion.

### Standing and Proof of Ownership

In the two opinions in Fontana v. Republic of Argentina, 415 F.3d 238 (2d Cir. 2005), and Applestein v. Province of Buenos Aires, 415 F.3d 242 (2d Cir. 2005), the Second Circuit has held that an owner of a beneficial interest, such as plaintiffs here, must receive authorization from the registered holder of the bond before it may sue, but that such authorization may be granted subsequent to the filing of a lawsuit. Alternatively, the Republic may waive the authorization requirement.

The Republic has agreed to waive objections based on lack of authorization where the court makes a finding of current ownership. See Transcript, March 28, 2006, Cilli v. Republic of Argentina (04 Civ. 6594).

Here, plaintiffs have adequately demonstrated through their account statements that they owned their beneficial interests as of respective dates between DECEMBER 31, 2007 TO FEBRUARY 29, 2008. There is no evidence of any change of ownership thereafter.

### CONCLUSION

The motion for summary judgment is granted. Judgment will be entered for the principal amount of the bonds issued under the 1993 FAA and 1994 FAA plus accrued interest.

16

The parties shall consult with one another concerning the form of the judgment and the amounts of interest that should be awarded in the judgment. If the parties are able to reach agreement, they shall jointly submit an agreed proposed judgment to the Court to be entered on a date agreed to by the parties upon consultation with Chambers. If the parties are unable to reach agreement on those subjects, plaintiffs shall submit a proposed judgment to the Court, and the Republic shall submit any objections to the proposed judgment within five business days thereafter. The Court will then resolve any remaining disagreements. Proposed judgments submitted to the Court should include the following language: "It is further ORDERED that, until further notice from the Court, plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court."

SO ORDERED.

Dated:       New York, New York
             May 22, 2009

                                          THOMAS P. GRIESA
                                          U.S.D.J.

17